ILND 450 (Rev. 10/13) Judgment in a Civil Action

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Michael McGuire,

Plaintiff(s),

v.

Michael W. Sturch,
Corrections Senior Parole Agent,

Defendant(s).

Case No. 16-cv-10327
Judge Dow

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes       pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendant(s) Michael W. Sturch, Corrections Senior Parole Agent
and against plaintiff(s) Michael McGuire

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge       presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge Robert M. Dow on a motions for summary judgment. Judgment is in favor of the Defendant and against the Plaintiff.

Date: 3/31 2019

Thomas G. Bruton, Clerk of Court

Carolyn Hoesly, Deputy Clerk